**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| OURARING INC.,<br><br>                              *Plaintiff*,<br><br>v.<br><br>NEXXBASE MARKETING PVT. LTD.<br>(D/B/A NOISE and LUNAZONE),<br><br>                              *Defendant*. | Civil Action No. 2:25-cv-1127<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Ouraring Inc. ("Oura"), by and through its undersigned counsel, files this complaint under 35 U.S.C. § 271 for patent infringement against Defendant Nexxbase Marketing Pvt. Ltd.) (d/b/a Noise and LunaZone) ("Nexxbase" or "Defendant") and further alleges as follows, upon actual knowledge with respect to itself and its own acts, and upon information and belief as to all other matters.

## OVERVIEW

1.      This is an action for patent infringement on behalf of Oura. Originally founded in Finland in 2013, Oura is a pioneer in developing smart ring technology that allows users to take control of their health. Oura set out to develop a product that accurately provides personalized insight into a user's fitness and health by monitoring heart rate, temperature variations, blood oxygen levels, and movement during both sleep and active periods. Unlike other wearables (*e.g.*, wrist wearables) that are typically bulky and can be intrusive or interfere with a person's daily life (*e.g.*, uncomfortable to wear during sleep or for extended periods of time), Oura developed its product in an innovative, attractive, and user-friendly form factor—a ring.

2.     Since its founding, Oura has released four generations of its Oura Ring: Gen. 1 (2015), Gen. 2 (2018), Gen. 3 (2021), and Gen. 4 (2024).



Locke Hughes, *Inside the Ring: The Making of Oura Ring 4*, The Pulse Blog, https://ouraring.com/blog/inside-the-ring-oura-ring-4/ (last visited October 21, 2025).

3.     Backed by over a decade of experience and research, the Oura Ring has received numerous awards for its innovation, including the 2022 Best Sleep Tracker by Men's Health Magazine, 2023 Health Fitness Award, Cosmopolitan Best Overall Fitness Ring for 2024, Women's Health Magazine Sleep Tracker 2024, New York Times Best Sleep Tracker, WIRED Best Ring Fitness Tracker 2023, Forbes Best Sleep Tracker, among a number of other recognitions. Additionally, Oura ranked 33rd in CNBC's 2023 Disruptor 50 list, which ranks 50 of the most innovative private companies worldwide. In the 2025 Disruptor 50 list, CNBC ranked Oura as the 23rd most innovative private company, "which began transforming the list in 2023, and hasn't slowed down since." *See* https://www.cnbc.com/2025/06/10/oura-cnbc-disruptor-50.html (last visited October 21, 2025). Future crowned the Oura Ring as the "Best Recovery Tech" in the 2025 Future Innovation Awards. Also in 2025, TIME Magazine recognized Oura as a Pioneer in the TIME100 list of the "world's most influential businesses of the year," and TIME Magazine recently named the Oura Ring Gen. 4 as one of "The Best Inventions of 2025." *See* https://time.com/collections/time100-companies-2025/?filters=pioneers (last visited October 21, 2025); *see also* https://time.com/collections/best-inventions-2025/ (last visited October 21, 2025).

The Oura Ring was also selected by the National Basketball Association, the Ultimate Fighting Championship, and other organizations to equip their athletes with the most accurate and credible health technology. *See* https://www.si.com/nba/2020/07/01/oura-ring-nba-restart-orlando-coronavirus (last visited October 21, 2025); *see also* https://www.ufc.com/news/oura-official-health-wearable-ufc-performance-institute (last visited October 21, 2025).

4.     Based on Oura's business relationship with the U.S. military, Oura is expanding its manufacturing operations into Texas. Specifically, Oura is opening a factory, expected to be fully operational in 2026, in Fort Worth, Texas to meet the needs of its contracts. *See* https://ouraring.com/blog/oura-us-department-of-defense/ (last visited October 22, 2025).

5.     Oura's success has attracted copycats seeking to benefit from the market that Oura built through innovation and hard work. As Oura has grown, so too has its protection of its intellectual property. Oura has amassed a patent portfolio containing over two hundred patents worldwide related to the structure, design, and manufacturing of smart ring wearables and enforces its patents through licensing and/or litigation. Other smart ring manufacturers have recognized the value of Oura's intellectual property and have obtained a license from Oura in the recent past, including well-known smart ring manufacturers.

6.     Oura is forced to bring this action against Nexxbase as a result of Nexxbase's knowing and ongoing infringement of Oura's patents as further described herein.

7.     Prior to entering the smart ring wearable market, Nexxbase was aware of Oura's success and set out on a campaign targeting Oura's products, which are protected by its intellectual property. *See* https://ouraring.com/intellectual-property-notice.

8.     For example, Nexxbase markets its Luna Ring to track sleep, movement, and recovery on the Luna Ring: Rise to Brilliance:



**Luna Ring**

9.      The Luna Ring is intended to be an imitation of the Oura Ring in its appearance, structure, and functionalities. For example, the Luna Ring includes the same sensors as those offered by the Oura Ring, such as an infrared photoplethysmography (PPG) sensor, skin temperature sensor, optical electronics, and a 3D accelerometer.[1] Further, the Luna Ring comprises a curved battery component similar to the Oura Ring. The selected material for the Luna Ring is also the same as the Oura Ring: durable titanium with a non-allergenic, non-metallic inner molding. And Nexxbase offers similar colors (midnight black, lunar black, stardust silver, sunlit gold, and rose gold) as Oura (e.g., silver, black, stealth, gold, and rose gold), all of which results in the Luna Ring having an identical look and feel to the Oura Ring.

---

[1]    *Compare*   https://www.lunazone.com/products/luna-2-0-with-dock-charger   (last   visited November 10, 2025) and  https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025) *with* https://support.ouraring.com/hc/en-us/articles/34114690317075-Oura-Ring-4-vs-Oura-Ring-Gen3        (last        visited        November        10,        2025), https://support.ouraring.com/hc/en-us/articles/4409072131091-Oura-Ring-Generation-3        (last visited November 10, 2025), and https://ouraring.com/store/rings (last visited November 10, 2025).

10.    A cumulative result is a product attempting to mimic Oura Ring even down to the marketing graphics:

| Oura Ring | Luna Ring |
|-----------|-----------|



11.    Even the design of the chargers is nearly identical between Oura and Nexxbase:

| Oura Ring | Luna Ring |
|-----------|-----------|



12.    In addition, on the Luna Ring 2.0 website, Nexxbase makes direct comparisons between features and functionalities of its Luna Ring and the Oura Ring:





https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025).

> **Why should I choose Luna over Oura, RingConn, or Samsung Galaxy Ring?**
> Luna ring offers more value without paywalls. We provide a battery case for up to 30 days of additional charge, while Samsung's only offers one cycle. Unlike Ultrahuman, Luna includes an AI coach and workout plans. Oura lacks real-time support, and Samsung is not compatible with iOS. We also offer hydration and step reminders.

https://www.lunazone.com/products/luna-2-0-with-dock-charger (last   visited   November   10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025).

13.     The Luna Ring, which amounts nothing more than an imitation product, is now offered for sale to customers in the United States.

14.     Moreover, on information and belief, Nexxbase knew of the U.S. Patent No. 11,868,178 ("the '178 Patent") due to Oura's assertion of the patent in a widely publicized investigation at the International Trade Commission (ITC) against two of Oura's competitors, Ultrahuman and RingConn. *See* https://ouraring.com/blog/oura-itc-case/ (last visited November 10, 2025). Oura filed an ITC complaint in March 2024, asserting infringement of the '178 Patent by Ultrahuman and RingConn, and the ITC instituted the investigation on April 12, 2024.  In April 2025, the ITC issued its initial determination finding that Ultrahuman and RingConn infringed all asserted claims of the '178 Patent and that all asserted claims of the '178 Patent were valid. In August 2025, the ITC issued exclusion and cease-and-desist orders banning all Ultrahuman and RingConn smart rings from being imported and sold in the U.S. effective October 21, 2025. As the Presidential review period is now complete, the ITC's final order enforces the exclusion and cease-and-desist orders against Ultrahuman and RingConn. *See id.* The ITC case was widely publicized        in        the        industry.        *See,*        *e.g.*, https://www.businesswire.com/news/home/20250909387922/en/U.S.-International-Trade-Commission-Rules-in-Favor-of-URA-in-Patent-Case-Against-Ultrahuman-and-RingConn     (last visited November 10, 2025).

15.     To protect its patent rights, Oura now files this Complaint for patent infringement. Oura is willing to engage in licensing discussions with Nexxbase, but Nexxbase continues to infringe Oura's global patent rights.

## PARTIES

16.     Plaintiff Ouraring Inc. is a Delaware corporation with its principal place of business at 222 Kearny Street, San Francisco, California 94108.

17.     Ouraring Inc. is a wholly owned subsidiary of Oura Health Oy, a Finnish company founded in 2013.

18.     On information and belief, Nexxbase Marketing Pvt. Ltd. is a company organized and existing under the laws of India, with a principal place of business of Unit No. 30/31A, Tower B1, Spaze IT Tech Park, Sohna Road, Gurgaon, Haryana, 122001, India.

19.     On information and belief, Nexxbase does business as Noise, who is also located at Unit No. 30/31A, Tower B1, Spaze IT Tech Park Sohna Road, Gurugram, Haryana, 122001, India.

20.     On information and belief, Nexxbase also does business as LunaZone.

21.     On information and belief, Noise debuted the Luna Ring 2.0 at the 2025 Consumer Electronics Show (CES) in Las Vegas, NV in January 2025. *See* https://in.mashable.com/tech/87874/noise-debuts-luna-ring-gen-20-and-colorfit-pro-6-series-at-ces-2025-check-details (last visited November 10, 2025).

22.     On information and belief, Noise co-founders Gaurav Khatri and Amit Khatri, wearing Noise apparel, spoke with a reporter at the 2025 CES about the Luna Ring 2.0. *See* https://www.youtube.com/watch?v=4PSpPSeBZLo (last visited November 10, 2025).

23.     Noise further links to press releases associating itself with the Luna Ring 2.0 on its "In the Press" webpage (https://www.lunazone.com/pages/in-the-press) (last visited November 10, 2025). *See, e.g.*, https://www.techadvisor.com/article/2571120/luna-ring-gen-2-is-the-new-best-battery-smart-ring.html ("Indian tech outfit Noise has officially unveiled the Luna Ring Gen 2, its

second generation smart ring that offers AI smarts and class-leading battery life.");
https://www.wareable.com/ces/noise-luna-2-smart-ring-review ("CES 2025: Indian wearables
mega-giant Noise made its CES debut this week, showcasing its all-new Luna 2.0 smart ring.");
https://www.tomsguide.com/wellness/fitness-trackers/i-just-went-hands-on-with-the-luna-ring-2-
the-oura-ring-alternative-that-promises-way-more-battery-life ("The Luna Ring 2 is manufactured
by Noise, one of the largest makers of smart wearables in the world. Based in India, the brand has
yet to make its debut in the U.S. or U.K. but that's about to change.") (last visited November 10,
2025 from the Noise "In the Press" webpage).

24.    Moreover, on its website, Noise advertises that its products, including the Luna
Ring, are made in India:



https://us.gonoise.com/pages/about-us (last visited November 10, 2025).

25.     The Luna Ring 2.0 box identifies that the product is "Marketed By" Nexxbase and directs a customer to the "lunazone.com" website and a "support@lunazone.com" support email address:



26.     Nexxbase offers its products and services, including the products accused of infringement in this Complaint, to customers and potential customers located in the Eastern District of Texas.

## NATURE OF THE ACTION, JURISDICTION, AND VENUE

27.     Oura brings this action for patent infringement under the patent laws of the United States, 35 U.S.C. § 271 *et seq.*

28.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because the action arises under the patent laws of the United States.

29.     This Court has personal jurisdiction over Nexxbase in this action pursuant to the Due Process Clause of the United States Constitution and/or the Texas Long Arm Statute, by virtue of at least the substantial business Nexxbase conducts in this forum, directly and/or through intermediaries, including but not limited to: (1) having committed acts within the Eastern District of Texas giving rise to this action and having established minimum contacts with this forum such

that the exercise of jurisdiction over Nexxbase would not offend traditional notions of fair play and substantial justice; (2) having directed its activities to customers in the State of Texas and this District, solicited business in the State of Texas and this District, transacted business within the State of Texas and this District and attempted to derive financial benefit from residents of the State of Texas and this District, including benefits directly related to the instant patent infringement causes of action set forth herein; (3) having placed its products and services into the stream of commerce throughout the United States and having been actively engaged in transacting business in Texas and in this District; and (4) either individually, as members of a common business enterprise, and/or in conjunction with third parties, having committed acts of infringement within Texas and in this District.

30.     On information and belief, Nexxbase has also derived substantial revenues from infringing acts in the Eastern District of Texas, including from the sale and use of infringing products (including the Accused Products, to be defined below).

31.     Venue is proper in this District pursuant to 28 U.S.C. § 1391 because, among other things, Nexxbase is not a resident in the United States, and thus may be sued in any judicial district pursuant to 28 U.S.C. § 1391(c)(3). Nexxbase, through its own acts and/or through the acts of its subsidiaries or agents, makes, uses, sells, and/or offers to sell infringing products within this Judicial District, regularly does and solicits business in this Judicial District, and has the requisite minimum contacts with the Judicial District such that this venue is a fair and reasonable one.

## **COUNT 1 – INFRINGEMENT OF U.S. PATENT NO. 11,868,178**

32.     Oura incorporates paragraphs 1-31 above by reference.

33.     U.S. Patent No. 11,868,178 (attached hereto at Exhibit 1) duly issued on January 9, 2024, and is entitled *Wearable Computing Device*.

34.    Ouraring Inc. is the owner by assignment of the '178 Patent and possesses all rights under the '178 Patent, including the exclusive right to recover for past and future infringement.

35.    The '178 Patent is directed to a finger-worn wearable ring device. In particular, the apparatus disclosed in the '178 Patent ensures the inclusion of a battery, printed circuit board, and one or more sensors between an internal and external housing of a wearable ring device. Further, the apparatus disclosed in the '178 Patent provides "a wearable computing device [that] can be worn for extended periods of time and can take many measurements and perform various functions because of its form factor and position on the finger of a user." '178 Patent, 1:52-55.

36.    Specifically, the '178 Patent discloses an exemplary finger-worn wearable ring device including "an external housing component," "an internal housing component," "a battery," "a printed circuit board," and "one or more sensors," that all work in conjunction to provide a wearable ring device. *See* '178 Patent, Cl. 1. Further, the battery is positioned within a cavity formed between the internal housing component and the external housing component with a shape and size configured to fit within a first portion of a cavity between circumferential surfaces. *See id.* The printed circuit board is also disposed between the internal and external housing components and extends through at least a second portion of the cavity. *See id.* The one or more sensors are electrically coupled to the printed circuit board and the battery and are configured to acquire data from the user through the internal housing component. *See id.*

37.    Figure 4 of the '178 Patent excerpted below is one example of the finger-worn wearable ring:



FIG. 4

38.     Nexxbase has directly infringed one or more claims of the '178 Patent in this District and elsewhere in Texas, including at least claim 1, literally and/or under the doctrine of equivalents, by or through making, using, importing, offering for sale and/or selling its smart ring technology, including at least Nexxbase products having materially similar configurations to a wearable smart ring device.

39.     For example, Nexxbase has literally and/or under the doctrine of equivalents directly infringed at least claim 1 of the '178 Patent in this District and elsewhere in Texas by or through making, using, importing, offering for sale and/or selling at least the following: Luna Ring 2.0 (Gen 2) and the Luna Ring: Rise to Brilliance application (collectively, the "Accused Product"). *See* https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025). Oura reserves the right to discover and pursue any additional infringing devices that incorporate infringing functionalities. For the avoidance of doubt, the Accused Product is identified to describe Nexxbase's infringement and in no way limit the

14

discovery and infringement allegations against Nexxbase concerning other devices that incorporate the same or reasonably similar functionalities.

40.    The Accused Product includes a finger-worn wearable ring device. *See id*. The Accused Product, including the Luna Ring 2.0, possesses "an external housing component," "an internal housing component," "a battery," "a printed circuit board," and "one or more sensors," as claimed in the '178 Patent.

41.    Similarly, the following excerpts from Nexxbase's websites provide non-limiting examples of the Accused Product infringing at least claim 1 of the '178 Patent:





https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025); https://www.lunazone.com/ (last visited November 10, 2025).

42.    The foregoing features of the Accused Product and Nexxbase's description and/or demonstration thereof, including in user manuals and advertising, reflect Nexxbase's direct infringement by satisfying every element of at least claim 1 of the '178 Patent, under 35 U.S.C. § 271(a).

43.    Nexxbase has indirectly infringed at least claim 1 of the '178 Patent in this District and elsewhere in the United States by, among other things, actively inducing the use, offering for sale, selling, or importation of the Accused Product. Nexxbase's customers who purchase devices

and components thereof and operate such devices and components in accordance with Nexxbase's instructions directly infringe one or more claims of the '178 Patent in violation of 35 U.S.C. § 271. Nexxbase instructs its customers through at least user guides or websites, such as those located at: https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025); https://www.lunazone.com/ (last visited November 10, 2025).

44.    For example, Nexxbase's website explains that the "Luna Ring is safe for continuous daily wear. It is crafted from medical-grade, hypoallergenic materials which are designed for 24/7 comfort, even during physical activity or sleep." https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025). Nexxbase informs its customers that "[w]e include an AI coach for personalized sleep, nutrition, and workout advice, plus our app supports 10 regional languages and AI support in 200 languages." *See id.* Further, Nexxbase states that the "Luna Ring tracks heart rate, temperature, and movement during sleep to calculate sleep stages such as light, deep, and REM sleep. The app then provides a sleep score and insights, helping you understand your sleep patterns and improve your rest." *See id.* Nexxbase also highlights that the Luna Ring 2.0 can track "temperature fluctuations and HRV patterns" and "[w]hile it's not a medical-grade fertility tracker, it's effective for health awareness and cycle prediction." *See id.*

45.    Nexxbase is thereby liable for infringement of the '178 Patent pursuant to 35 U.S.C. § 271(b).

46.    Nexxbase has indirectly infringed at least claim 1 of the '178 Patent, by, among other things, contributing to the direct infringement of others, including customers of the Accused Product by making, offering to sell, or selling, in the United States, or importing a component of

a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in infringement of the '178 Patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

47.    For example, the Accused Product includes hardware and software for implementing health tracking functionality in a smart ring wearable, including a battery, housings, sensors, and a printed circuit board. These are components of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process. Furthermore, these components are a material part of the invention and upon information and belief are not a staple article or commodity of commerce suitable for substantial non-infringing use. Thus, Nexxbase is liable for infringement of the '178 Patent pursuant to 35 U.S.C. § 271(c).

48.    Nexxbase has been on notice of the '178 Patent since, at least, the filing of this Complaint. By the time of trial, Nexxbase will thus have known and intended that its continued actions would directly infringe and/or actively induce or contribute to actual infringement of at least claim 1 of the '178 Patent.

49.    Nexxbase undertook and continued its infringing actions despite an objectively high likelihood that such activities infringed the '178 Patent, which has been duly issued by the USPTO, and is presumed valid. For example, since at least the filing of this Complaint, Nexxbase has been aware of an objectively high likelihood that its actions constituted and continue to constitute infringement of the '178 Patent, and that the '178 Patent is valid. On information and belief, Nexxbase could not reasonably, subjectively believe that its actions do not constitute infringement of the '178 Patent, nor could it reasonably, subjectively believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that its

actions constitute infringement, Nexxbase continued its infringing activities. As such, Nexxbase has willfully infringed and continues to willfully infringe the '178 Patent.

50.    Oura has been and continues to be damaged by Nexxbase's infringement of the '178 Patent.

## COUNT 2 - INFRINGEMENT OF U.S. PATENT NO. 12,353,244

51.    Oura incorporates paragraphs 1-50 above by reference.

52.    U.S. Patent No. 12,353,244 (the "'244 Patent," attached hereto at Exhibit 2) duly issued on July 8, 2025, and is entitled *Wearable Computing Device*.

53.    Ouraring Inc. is the owner by assignment of the '244 Patent and possesses all rights under the '244 Patent, including the exclusive right to recover for past and future infringement.

54.    The '244 Patent is directed to a wearable ring device including, for example, a wearable ring device configured to be worn on a finger of a user. In particular, the apparatus disclosed in the '244 Patent ensures that a user can track their physical movement, skin temperature, heart rate, and blood oxygenation levels from sensing data obtained from the wearable ring device.

55.    Specifically, the '244 Patent discloses a wearable ring device including "an external housing," "an internal potting," "a curved battery," "a printed circuit board," "accelerometer," "temperature sensor," a "first light emitting diode (LED)," "a second LED," and "one or more light sensors" that all work in conjunction to provide a wearable smart ring device. *See* '244 Patent, Cl. 1. Further, the housing has an interior diameter between 12 mm and 24 mm, an exterior diameter between 18 mm and 30 mm, a width between 3 mm and 8 mm, and a thickness between 1.5 mm and 3 mm. *See id.* The sensors, including the accelerometer, temperature sensors, LEDs, and one or more light sensors, are electrically coupled to the printed circuit board and the battery

19

and are configured to acquire data, such as the heart rate and blood oxygenation level, from the user. *See id.* An exemplary configuration is shown below in the excerpted Figures 3B, 8, 12A, 12B, 12C, 13, and 15B of the '244 Patent.



FIG. 3B



FIG.8



FIG. 12A

FIG. 12B

FIG. 12C



FIG.13



FIG.15B

56.     Nexxbase has directly infringed one or more claims of the '244 Patent in this District and elsewhere in Texas, including at least claim 1, literally and/or under the doctrine of equivalents, by or through making, using, importing, offering for sale and/or selling its smart ring technology, including at least Nexxbase products having materially similar configurations to a wearable ring device.

57.     For example, Nexxbase has literally and/or under the doctrine of equivalents directly infringed at least claim 1 of the '244 Patent in this District and elsewhere in Texas by or through making, using, importing, offering for sale and/or selling the Accused Product. *See* https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025). Oura reserves the right to discover and pursue any additional infringing devices that

incorporate infringing functionalities. For the avoidance of doubt, the Accused Product is identified to describe Nexxbase's infringement and in no way limit the discovery and infringement allegations against Nexxbase concerning other devices that incorporate the same or reasonably similar functionalities.

58.    The Accused Product includes a wearable ring device. *See id*. The Accused Product, including the Luna Ring 2.0, possesses "a external housing," "an internal plotting," "a curved battery," "a printed circuit board," "accelerometer," "temperature sensor," a "first light emitting diode (LED)," "a second LED," and "one or more light sensors" as claimed in the '244 Patent.

59.    Similarly, the following excerpts from Nexxbase's websites provide non-limiting examples of the Accused Product infringing at least claim 1 of the '244 Patent:

  



## Ring

| | |
|---|---|
| Weight & Dimensions | • W&DW: 8 MM<br>• Thickness: 2.9mm<br>• Weight: 3 to 5 G (depending on the ring size) |
| Material | • Durable Titanium<br>• PVD Coating<br>• Non-allergenic, non-metallic, seamless inner ring moulding<br>• 5 ATM water-resistant (up to 50m/164 ft) |
| Battery & power | • Up to 5 days of battery life<br>• Full Charge in 60 to 80 |
| Connectivity | • Bluetooth low-energy (BLE 5)<br>• Automatic Firmware update via the Luna Ring App<br>• Compatible with iOS 14 or later and Android 6 onwards |
| Sensors | • Green LEDs (optical heart rate sensor)<br>• Red Light (blood oxygen sensor)<br>• Photoplethysmography (PPG sensor)<br>• Skin Temperature Senor<br>• Photodiodes<br>• 3-axis accelerometer |

https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025)







https://www.lunazone.com/ (last visited November 10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025).

60.     The foregoing features of the Accused Product and Nexxbase's description and/or demonstration thereof, including in user manuals and advertising, reflect Nexxbase's direct infringement by satisfying every element of at least claim 1 of the '244 Patent, under 35 U.S.C. § 271(a).

61.     Nexxbase has indirectly infringed at least claim 1 of the '244 Patent in this District and elsewhere in the United States by, among other things, actively inducing the use, offering for sale, selling, or importation of the Accused Product. Nexxbase's customers who purchase devices and components thereof and operate such devices and components in accordance with Nexxbase's instructions directly infringe one or more claims of the '244 Patent in violation of 35 U.S.C. § 271. Nexxbase's instructs its customers through at least user guides or websites, such as those located at: https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025); https://www.lunazone.com/ (last visited November 10, 2025).

62.     For example, Nexxbase's website explains that the "Luna Ring is safe for continuous daily wear. It is crafted from medical-grade, hypoallergenic materials which are designed for 24/7 comfort, even during physical activity or sleep." https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025). Nexxbase informs its customers that "[w]e include an AI coach for personalized sleep, nutrition, and workout advice, plus our app supports 10 regional languages and AI support in 200 languages." *See id.* Further, Nexxbase states that the "Luna Ring tracks heart rate, temperature, and movement during sleep to calculate sleep stages such as light, deep, and REM sleep. The app then provides a sleep score and insights, helping you understand your sleep patterns and improve your rest." *See id.* Nexxbase also highlights that the Luna Ring 2.0 can track "temperature

fluctuations and HRV patterns" and "[w]hile it's not a medical-grade fertility tracker, it's effective for health awareness and cycle prediction." *See id.*

63.    Nexxbase is thereby liable for infringement of the '244 Patent pursuant to 35 U.S.C. § 271(b).

64.    Nexxbase has indirectly infringed at least claim 1 of the '244 Patent, by, among other things, contributing to the direct infringement of others, including customers of the Accused Product by making, offering to sell, or selling, in the United States, or importing a component of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in infringement of the '244 Patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

65.    For example, the Accused Product includes hardware and software for implementing health tracking functionality in a smart ring wearable, including a curved battery, housings, sensors, LEDs, and a printed circuit board. These are components of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process. Furthermore, these components are a material part of the invention and upon information and belief are not a staple article or commodity of commerce suitable for substantial non-infringing use. Thus, Nexxbase is liable for infringement of the '244 Patent pursuant to 35 U.S.C. § 271(c).

66.    Nexxbase has been on notice of the '244 Patent since, at least, the filing of this Complaint. By the time of trial, Nexxbase will thus have known and intended that its continued actions would directly infringe and/or actively induce or contribute to actual infringement of at least claim 1 of the '244 Patent.

67.     Nexxbase undertook and continued its infringing actions despite an objectively high likelihood that such activities infringed the '244 Patent, which has been duly issued by the USPTO, and is presumed valid. For example, since at least the filing of this Complaint, Nexxbase has been aware of an objectively high likelihood that its actions constituted and continue to constitute infringement of the '244 Patent, and that the '244 Patent is valid. On information and belief, Nexxbase could not reasonably, subjectively believe that its actions do not constitute infringement of the '244 Patent, nor could it reasonably, subjectively believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that its actions constitute infringement, Nexxbase continued its infringing activities. As such, Nexxbase has willfully infringed and continues to willfully infringe the '244 Patent.

68.     Oura has been and continues to be damaged by Nexxbase's infringement of the '244 Patent.

## COUNT 3 - INFRINGEMENT OF U.S. PATENT NO. 12,346,159

69.     Oura incorporates paragraphs 1-68 above by reference.

70.     U.S. Patent No. 12,346,159 (the "'159 Patent," attached hereto as Exhibit 3) duly issued on July 1, 2025, and is entitled *Wearable Computing Device*.

71.     Ouraring Inc. is the owner by assignment of the '159 Patent and possesses all rights under the '159 Patent, including the exclusive right to recover for past and future infringement.

72.     The '159 Patent is directed to a wearable ring device including, for example, a wearable ring device configured to be worn on a finger of a user. In particular, the apparatus disclosed in the '159 Patent ensure that a user can track their physical movement, skin temperature, and blood oxygenation levels from sensing data obtained from the wearable ring device.

73.    Specifically, the '159 Patent discloses a wearable ring device including "an external housing," "an internal housing," "a curved battery," "a printed circuit board," "accelerometer," "temperature sensor," a "first light emitting diode (LED)," "a second LED," and "one or more light sensors" that all work in conjunction to provide a wearable smart ring device. *See* '159 Patent, Cl. 1. Further, the housing has an interior diameter between 12 mm and 24 mm, an exterior diameter between 18 mm and 30 mm, a width between 3 mm and 8 mm, and a thickness between 1.5 mm and 3 mm. The sensors, including the accelerometer, temperature sensors, LEDs, and one or more light sensors, are electrically coupled to the printed circuit board and the battery and are configured to acquire data, such as the temperature and blood oxygenation level, from the user. An exemplary configuration is shown below in the excerpted Figures 3B, 8, 12A, 12B, 12C, 13, and 15B of the '159 Patent.



FIG. 3B



FIG.8



FIG. 12A

FIG. 12B

FIG. 12C



FIG.13



FIG.15B

74.     Nexxbase has directly infringed one or more claims of the '159 Patent in this District and elsewhere in Texas, including at least claim 1, literally and/or under the doctrine of equivalents, by or through making, using, importing, offering for sale and/or selling its smart ring technology, including at least Nexxbase products having materially similar configurations to a wearable ring device.

75.     For example, Nexxbase has literally and/or under the doctrine of equivalents directly infringed at least claim 1 of the '159 Patent in this District and elsewhere in Texas by or through making, using, importing, offering for sale and/or selling the Accused Product. *See* https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025). Oura reserves the right to discover and pursue any additional infringing devices that incorporate infringing functionalities. For the avoidance of doubt, the Accused Product is identified to describe Nexxbase's infringement and in no way limit the discovery and infringement allegations against Nexxbase concerning other devices that incorporate the same or reasonably similar functionalities.

76.     The Accused Product includes a wearable ring device. *See id*. The Accused Product, including the Luna Ring 2.0, possesses "an external housing," "an internal housing," "a curved battery," "a printed circuit board," "accelerometer," "temperature sensor," a "first light emitting diode (LED)," "a second LED," and "one or more light sensors" as claimed in the '159 Patent.

77.     Similarly, the following excerpts from Nexxbase's websites provide non-limiting examples of the Accused Product infringing at least claim 1 of the '159 Patent:





## Ring

| | |
|---|---|
| Weight & Dimensions | • W&DW: 8 MM<br>• Thickness: 2.9mm<br>• Weight: 3 to 5 G (depending on the ring size) |
| Material | • Durable Titanium<br>• PVD Coating<br>• Non-allergenic, non-metallic, seamless inner ring moulding<br>• 5 ATM water-resistant (up to 50m/164 ft) |
| Battery & power | • Up to 5 days of battery life<br>• Full Charge in 60 to 80 |
| Connectivity | • Bluetooth low-energy (BLE 5)<br>• Automatic Firmware update via the Luna Ring App<br>• Compatible with iOS 14 or later and Android 6 onwards |
| Sensors | • Green LEDs (optical heart rate sensor)<br>• Red Light (blood oxygen sensor)<br>• Photoplethysmography (PPG sensor)<br>• Skin Temperature Senor<br>• Photodiodes<br>• 3-axis accelerometer |

https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025).

 

https://www.lunazone.com/ (last visited November 10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025).

78.    The foregoing features of the Accused Product and Nexxbase's description and/or demonstration thereof, including in user manuals and advertising, reflect Nexxbase's direct infringement by satisfying every element of at least claim 1 of the '159 Patent, under 35 U.S.C. § 271(a).

79.    Nexxbase has indirectly infringed at least claim 1 of the '159 Patent in this District and elsewhere in the United States by, among other things, actively inducing the use, offering for sale, selling, or importation of the Accused Product. Nexxbase's customers who purchase devices and components thereof and operate such devices and components in accordance with Nexxbase's instructions directly infringe one or more claims of the '159 Patent in violation of 35 U.S.C. § 271. Nexxbase's instructs its customers through at least user guides or websites, such as those located at:  https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025); https://www.lunazone.com/ (last visited November 10, 2025).

80.    For example, Nexxbase's website explains that the "Luna Ring is safe for continuous daily wear. It is crafted from medical-grade, hypoallergenic materials which are designed for 24/7 comfort, even during physical activity or sleep." https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025). Nexxbase informs its customers that "[w]e include an AI coach for personalized sleep, nutrition, and workout advice, plus our app supports 10 regional languages and AI support in 200 languages." *See id.* Further, Nexxbase states that the "Luna Ring tracks heart rate, temperature, and movement during sleep to calculate sleep stages such as light, deep, and REM sleep. The app then provides a sleep score and insights, helping you understand your sleep patterns and improve your rest." *See id.* Nexxbase also highlights that the Luna Ring 2.0 can track "temperature fluctuations and HRV patterns" and "[w]hile it's not a medical-grade fertility tracker, it's effective for health awareness and cycle prediction." *See id.*

81.    Nexxbase is thereby liable for infringement of the '159 Patent pursuant to 35 U.S.C. § 271(b).

82.    Nexxbase has indirectly infringed at least claim 1 of the '159 Patent, by, among other things, contributing to the direct infringement of others, including customers of the Accused Product by making, offering to sell, or selling, in the United States, or importing a component of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in infringement of the '159 Patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

83.    For example, the Accused Product includes hardware and software for implementing health tracking functionality in a smart ring wearable, including a curved battery,

housings, sensors, LEDs, and a printed circuit board. These are components of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process. Furthermore, these components are a material part of the invention and upon information and belief are not a staple article or commodity of commerce suitable for substantial non-infringing use. Thus, Nexxbase is liable for infringement of the '159 Patent pursuant to 35 U.S.C. § 271(c).

84.     Nexxbase has been on notice of the '159 Patent since, at least, the filing of this Complaint. By the time of trial, Nexxbase will thus have known and intended that its continued actions would directly infringe and/or actively induce or contribute to actual infringement of at least claim 1 of the '159 Patent.

85.     Nexxbase undertook and continued its infringing actions despite an objectively high likelihood that such activities infringed the '159 Patent, which has been duly issued by the USPTO, and is presumed valid. For example, since at least the filing of this Complaint, Nexxbase has been aware of an objectively high likelihood that its actions constituted and continue to constitute infringement of the '159 Patent, and that the '159 Patent is valid. On information and belief, Nexxbase could not reasonably, subjectively believe that its actions do not constitute infringement of the '159 Patent, nor could it reasonably, subjectively believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that its actions constitute infringement, Nexxbase continued its infringing activities. As such, Nexxbase has willfully infringed and continues to willfully infringe the '159 Patent.

86.     Oura has been and continues to be damaged by Nexxbase's infringement of the '159 Patent.

## COUNT 4 - INFRINGEMENT OF U.S. PATENT NO. 12,393,227

87.     Oura incorporates paragraphs 1-86 above by reference.

88.    U.S. Patent No. 12,393,227 (the "'227 Patent," attached hereto as Exhibit 4) duly issued on August 19, 2025, and is entitled *Wearable Computing Device*.

89.    Ouraring Inc. is the owner by assignment of the '227 Patent and possesses all rights under the '227 Patent, including the exclusive right to recover for past and future infringement.

90.    The '227 Patent is directed to a method of manufacturing a wearable ring device including, for example, a wearable ring device configured to be worn on a finger of a user.

91.    Specifically, the '227 Patent discloses a method of manufacturing a wearable ring device configured to be worn on a finger of a user comprising constructing an external housing that has an exterior surface, an internal surface, a first sidewall and a second sidewall, wherein the internal surface, the first sidewall, and the second sidewall define an internal space of the external housing. *See* '227 Patent, Cl. 1. The claimed method includes steps of inserting a curved battery, a printed circuit board, and one or more components into a curved perimeter of the internal space of the external housing and applying an internal potting to at least partially fill the internal space of the external housing and cover the curved battery, the printed circuit board, and the one or more components, wherein the internal potting adheres to the external housing. *See id.* Further, the claimed method includes a step of polymerizing the internal potting, wherein at least a layer of the internal potting forms an interior surface of the wearable ring device that is configured to contact tissue of the user when the wearable ring device is worn by the user. *See id.* The claimed method also defines the architecture of the wearable ring, claiming wherein the external housing and the internal potting form a housing for the wearable ring device, wherein the housing has an interior diameter between 12 mm and 24 mm, an exterior diameter between 18 mm and 30 mm, a width between 3 mm and 8 mm, and a thickness between 1.5 mm and 3 mm. *See id.* An exemplary

configuration of a wearable ring device manufactured according to the claimed method is shown

below in the excerpted Figures 12A, 12B, 12C, 13, 14A, 14D and 14E of the '227 Patent.



FIG. 12A

FIG. 12B

FIG. 12C



FIG.13



FIG.14A



FIG.14D



FIG.14E

92.    Nexxbase has directly infringed one or more claims of the '227 Patent in this District and elsewhere in Texas, including at least claim 1, literally and/or under the doctrine of equivalents, by or through making, using, importing, offering for sale and/or selling its smart ring technology, including at least Nexxbase products having materially similar configurations to a wearable ring device.

93.    For example, Nexxbase has literally and/or under the doctrine of equivalents directly infringed at least claim 1 of the '227 Patent in this District and elsewhere in Texas by or through making, using, importing, offering for sale and/or selling the Accused Product. *See* https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025). Oura reserves the right to discover and pursue any additional infringing devices that incorporate infringing functionalities. For the avoidance of doubt, the Accused Product is identified to describe Nexxbase's infringement and in no way limit the discovery and infringement allegations against Nexxbase concerning other devices that incorporate the same or reasonably similar functionalities.

40

94.    The Accused Product includes a wearable ring device. *See id*. The Accused Product, including the Luna Ring 2.0, possesses "an external housing," "an exterior surface," "an internal surface," "a first sidewall," "a second sidewall," "a curved battery," "a printed circuit board," "one or more components," and "an internal potting" as claimed in the '227 Patent.

95.    Similarly, the following excerpts from Nexxbase's websites provide non-limiting examples of the Accused Product infringing at least claim 1 of the '227 Patent:





## Ring

| | |
|---|---|
| Weight & Dimensions | • W&DW: 8 MM<br>• Thickness: 2.9mm<br>• Weight: 3 to 5 G (depending on the ring size) |
| Material | • Durable Titanium<br>• PVD Coating<br>• Non-allergenic, non-metallic, seamless inner ring moulding<br>• 5 ATM water-resistant (up to 50m/164 ft) |
| Battery & power | • Up to 5 days of battery life<br>• Full Charge in 60 to 80 |
| Connectivity | • Bluetooth low-energy (BLE 5)<br>• Automatic Firmware update via the Luna Ring App<br>• Compatible with iOS 14 or later and Android 6 onwards |
| Sensors | • Green LEDs (optical heart rate sensor)<br>• Red Light (blood oxygen sensor)<br>• Photoplethysmography (PPG sensor)<br>• Skin Temperature Senor<br>• Photodiodes<br>• 3-axis accelerometer |

https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025); https://www.lunazone.com/ (last visited November 10, 2025).

96.     The foregoing features of the Accused Product and Nexxbase's description and/or demonstration thereof, including in user manuals and advertising, reflect Nexxbase's direct infringement by satisfying every element of at least claim 1 of the '227 Patent, under 35 U.S.C. § 271(a).

97.     Similarly, on information and belief, Nexxbase imports and/or sells within the United States after importation the Accused Product. For example, the product packaging for the

Accused Product indicates that the product's "COUNTRY OF ORIGIN" is "CHINA" and imported into the United States thereafter:



https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025).

https://www.lunazone.com/pages/terms-of-use (last visited November 10, 2025).

     98.     Nexxbase is thereby liable for infringement of the '227 Patent pursuant to 35 U.S.C. § 271(g).

99.     Nexxbase has indirectly infringed at least claim 1 of the '227 Patent in this District and elsewhere in the United States by, among other things, actively inducing the use, offering for sale, selling, or importation of the Accused Product. On information and belief, Nexxbase purposefully causes its manufacturers through, for example, manufacturing agreements, to construct the Accused Product according to specifications provided by Nexxbase, which is covered by the patented method. Further, on information and belief, Nexxbase directs its sales channel to sell the Accused Product in the United States and facilitates the sales in the United States by offering customers technical support, user guides, and limited warranties, for example. *See* https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025); https://www.lunazone.com/ (last visited November 10, 2025). Such sales of the Accused Product in the United States directly infringe one or more claims of the '227 Patent in violation of 35 U.S.C. § 271.

100.    Nexxbase is thereby liable for infringement of the '227 Patent pursuant to 35 U.S.C. § 271(b).

101.    Nexxbase has been on notice of the '227 Patent since, at least, the filing of this Complaint. By the time of trial, Nexxbase will thus have known and intended that its continued actions would directly infringe and/or actively induce or contribute to actual infringement of at least claim 1 of the '227 Patent.

102.    Nexxbase and continued its infringing actions despite an objectively high likelihood that such activities infringed the '227 Patent, which has been duly issued by the USPTO, and is presumed valid. For example, since at least the filing of this Complaint, Nexxbase has been aware of an objectively high likelihood that its actions constituted and continue to constitute

infringement of the '227 Patent, and that the '227 Patent is valid. On information and belief, Nexxbase could not reasonably, subjectively believe that its actions do not constitute infringement of the '227 Patent, nor could it reasonably, subjectively believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that its actions constitute infringement, Nexxbase continued its infringing activities. As such, Nexxbase has willfully infringed and continues to willfully infringe the '227 Patent.

103.    Oura has been and continues to be damaged by Nexxbase's infringement of the '227 Patent.

## COUNT 5 - INFRINGEMENT OF U.S. PATENT NO. 12,346,160

104.    Oura incorporates paragraphs 1-103 above by reference.

105.    U.S. Patent No. 12,346,160 (the "'160 Patent," attached hereto at Exhibit 5) duly issued on July 1, 2025, and is entitled *Wearable Computing Device*.

106.    Ouraring Inc. is the owner by assignment of the '160 Patent and possesses all rights under the '160 Patent, including the exclusive right to recover for past and future infringement.

107.    The '160 Patent is directed to a wearable ring device including, for example, a wearable ring device configured to be worn on a finger of a user. In particular, the apparatus disclosed in the '160 Patent ensure that a user can track their physical movement, skin temperature, heart rate, and blood oxygenation levels from sensing data obtained from the wearable ring device.

108.    Specifically, the '160 Patent discloses a wearable ring device including "an external housing," "an internal potting," "a curved battery," "a printed circuit board," "accelerometer," "temperature sensor," a "first light emitting diode (LED)," "a second LED," and "one or more light sensors" that all work in conjunction to provide a wearable smart ring device. *See* '160 Patent, Cl. 1. Further, the housing has an interior diameter between 12 mm and 24 mm, an exterior

diameter between 18 mm and 30 mm, a width between 3 mm and 8 mm, and a thickness between 1.5 mm and 3 mm where the external housing is made of a metallic material. *See id.* The sensors, including the accelerometer, temperature sensors, LEDs, and one or more light sensors, are electrically coupled to the printed circuit board and the battery and are configured to acquire data, such as the heart rate and blood oxygenation level, from the user. *See id.* An exemplary configuration is shown below in the excerpted Figures 3B, 8, 12A, 12B, 12C, 13, and 15B of the '160 Patent.



FIG. 3B



FIG.8



FIG. 12A

FIG. 12B

FIG. 12C



FIG.13



FIG.15B

109.    Nexxbase has directly infringed one or more claims of the '160 Patent in this District and elsewhere in Texas, including at least claim 1, literally and/or under the doctrine of equivalents, by or through making, using, importing, offering for sale and/or selling its smart ring technology, including at least Nexxbase products having materially similar configurations to a wearable ring device.

110.    For example, Nexxbase has literally and/or under the doctrine of equivalents directly infringed at least claim 1 of the '160 Patent in this District and elsewhere in Texas by or through making, using, importing, offering for sale and/or selling the Accused Products. *See* https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025). Oura reserves the right to discover and pursue any additional infringing devices that incorporate infringing functionalities. For the avoidance of doubt, the Accused Product is identified to describe Nexxbase's infringement and in no way limit the discovery and infringement allegations against Nexxbase concerning other devices that incorporate the same or reasonably similar functionalities.

111.    The Accused Product includes a wearable ring device. *See id*. The Accused Product, including the Luna Ring 2.0, possesses "an external housing," "an internal plotting," "a curved battery," "a printed circuit board," "accelerometer," "temperature sensor," a "first light emitting diode (LED)," "a second LED," and "one or more light sensors" as claimed in the '160 Patent.

112.    Similarly, the following excerpts from Nexxbase's websites provide non-limiting examples of the Accused Product infringing at least claim 1 of the '160 Patent:





## Ring

| | |
|---|---|
| Weight & Dimensions | • W&DW: 8 MM<br>• Thickness: 2.9mm<br>• Weight: 3 to 5 G (depending on the ring size) |
| Material | • Durable Titanium<br>• PVD Coating<br>• Non-allergenic, non-metallic, seamless inner ring moulding<br>• 5 ATM water-resistant (up to 50m/164 ft) |
| Battery & power | • Up to 5 days of battery life<br>• Full Charge in 60 to 80 |
| Connectivity | • Bluetooth low-energy (BLE 5)<br>• Automatic Firmware update via the Luna Ring App<br>• Compatible with iOS 14 or later and Android 6 onwards |
| Sensors | • Green LEDs (optical heart rate sensor)<br>• Red Light (blood oxygen sensor)<br>• Photoplethysmography (PPG sensor)<br>• Skin Temperature Senor<br>• Photodiodes<br>• 3-axis accelerometer |

https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025)







https://www.lunazone.com/ (last visited November 10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025).





https://www.lunazone.com/ (last visited November 10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025).

113.    The foregoing features of the Accused Product and Nexxbase's description and/or demonstration thereof, including in user manuals and advertising, reflect Nexxbase's direct infringement by satisfying every element of at least claim 1 of the '160 Patent, under 35 U.S.C. § 271(a).

114.    Nexxbase has indirectly infringed at least claim 1 of the '160 Patent in this District and elsewhere in the United States by, among other things, actively inducing the use, offering for sale, selling, or importation of the Accused Product. Nexxbase's customers who purchase devices and components thereof and operate such devices and components in accordance with Nexxbase's instructions directly infringe one or more claims of the '160 Patent in violation of 35 U.S.C. § 271. Nexxbase instructs its customers through at least user guides or websites, such as those located at: https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025); https://www.lunazone.com/ (last visited November 10, 2025).

115.    For example, Nexxbase's website explains that the "Luna Ring is safe for continuous daily wear. It is crafted from medical-grade, hypoallergenic materials which are designed for 24/7 comfort, even during physical activity or sleep." https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025). Nexxbase informs its customers that "[w]e include an AI coach for personalized sleep, nutrition, and workout advice, plus our app supports 10 regional languages and AI support in 200 languages." *See id.* Further, Nexxbase states that the "Luna Ring tracks heart rate, temperature, and movement during sleep to calculate sleep stages such as light, deep, and REM sleep. The app

then provides a sleep score and insights, helping you understand your sleep patterns and improve your rest." *See id.* Nexxbase also highlights that the Luna Ring 2.0 can track "temperature fluctuations and HRV patterns" and "[w]hile it's not a medical-grade fertility tracker, it's effective for health awareness and cycle prediction." *See id.*

116.    Nexxbase is thereby liable for infringement of the '160 Patent pursuant to 35 U.S.C. § 271(b).

117.    Nexxbase has indirectly infringed at least claim 1 of the '160 Patent, by, among other things, contributing to the direct infringement of others, including customers of the Accused Product by making, offering to sell, or selling, in the United States, or importing a component of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in infringement of the '160 Patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

118.    For example, the Accused Product includes hardware and software for implementing health tracking functionality in a smart ring wearable, including a curved battery, housings, sensors, LEDs, and a printed circuit board. These are components of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process. Furthermore, these components are a material part of the invention and upon information and belief are not a staple article or commodity of commerce suitable for substantial non-infringing use. Thus, Nexxbase is liable for infringement of the '160 Patent pursuant to 35 U.S.C. § 271(c).

119.    Nexxbase has been on notice of the '160 Patent since, at least, the filing of this Complaint. By the time of trial, Nexxbase will thus have known and intended that its continued

actions would directly infringe and/or actively induce or contribute to actual infringement of at least claim 1 of the '160 Patent.

120.   Nexxbase undertook and continued its infringing actions despite an objectively high likelihood that such activities infringed the '160 Patent, which has been duly issued by the USPTO, and is presumed valid. For example, since at least the filing of this Complaint, Nexxbase has been aware of an objectively high likelihood that its actions constituted and continue to constitute infringement of the '160 Patent, and that the '160 Patent is valid. On information and belief, Nexxbase could not reasonably, subjectively believe that its actions do not constitute infringement of the '160 Patent, nor could it reasonably, subjectively believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that its actions constitute infringement, Nexxbase continued its infringing activities. As such, Nexxbase has willfully infringed and continues to willfully infringe the '160 Patent.

121.   Oura has been and continues to be damaged by Nexxbase's infringement of the '160 Patent.

**COUNT 6 - INFRINGEMENT OF U.S. PATENT NO. 12,422,889**

122.   Oura incorporates paragraphs 1-121 above by reference.

123.   U.S. Patent No. 12,422,889 (the "'889 Patent," attached hereto at Exhibit 6) duly issued on September 23, 2025, and is entitled *Wearable Computing Device*.

124.   Ouraring Inc. is the owner by assignment of the '889 Patent and possesses all rights under the '889 Patent, including the exclusive right to recover for past and future infringement.

125.   The '889 Patent is directed to a wearable ring device including, for example, a wearable ring device configured to be worn on a finger of a user. In particular, the apparatus disclosed in the '889 Patent ensure that a user can track their physical movement, skin temperature, heart rate, and blood oxygenation levels from sensing data obtained from the wearable ring device.

126.    Specifically, the '889 Patent discloses a wearable ring device including "an external housing," "an internal potting," "a curved battery," "a printed circuit board," "accelerometer," "temperature sensor," a "first light emitting diode (LED)," "a second LED," and "one or more light sensors" that all work in conjunction to provide a wearable smart ring device. *See* '889 Patent, Cl. 1. Further, the external housing is made of a metallic material and has an exterior surface, an internal surface, a first flange, and a second flange. *See id.* The internal surface, the first flange, and the second flange create an internal space of the exterior housing. *See id.* The curved battery and printed circuit board extend along the curved perimeter of the external housing. *See id.* The internal potting at least partially surrounds a curved battery, a printed circuit board, and one or more components, and wherein at least a portion of the internal potting forms an interior surface of the wearable ring device that contacts the user's finger. *See id.* The sensors, including the accelerometer, temperature sensors, LEDs, and one or more light sensors, are electrically coupled to the printed circuit board and the battery and are configured to acquire data, such as the heart rate and blood oxygenation level, from the user. *See id.* An exemplary configuration is shown below in the excerpted Figures 3B, 8, 12A, 12B, 12C, 13, and 15B of the '889 Patent.



FIG. 3B



FIG.8



FIG. 12A

FIG. 12B

FIG. 12C



FIG.13



FIG.15B

127.    Nexxbase has directly infringed one or more claims of the '889 Patent in this District and elsewhere in Texas, including at least claim 1, literally and/or under the doctrine of equivalents, by or through making, using, importing, offering for sale and/or selling its smart ring technology, including at least Nexxbase products having materially similar configurations to a wearable ring device.

128.    For example, Nexxbase has literally and/or under the doctrine of equivalents directly infringed at least claim 1 of the '889 Patent in this District and elsewhere in Texas by or through making, using, importing, offering for sale and/or selling the Accused Products. *See* https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025). Oura reserves the right to discover and pursue any additional infringing devices that

incorporate infringing functionalities. For the avoidance of doubt, the Accused Product is identified to describe Nexxbase's infringement and in no way limit the discovery and infringement allegations against Nexxbase concerning other devices that incorporate the same or reasonably similar functionalities.

129.    The Accused Product includes a wearable ring device. *See id*. The Accused Product, including the Luna Ring 2.0, possesses "an external housing," "an internal plotting," "a curved battery," "a printed circuit board," "accelerometer," "temperature sensor," a "first light emitting diode (LED)," "a second LED," and "one or more light sensors" as claimed in the '889 Patent.

130.    Similarly, the following excerpts from Nexxbase's websites provide non-limiting examples of the Accused Product infringing at least claim 1 of the '889 Patent:





## Ring

| Weight & Dimensions | • W&DW: 8 MM<br>• Thickness: 2.9mm<br>• Weight: 3 to 5 G (depending on the ring size) |
| --- | --- |
| Material | • Durable Titanium<br>• PVD Coating<br>• Non-allergenic, non-metallic, seamless inner ring moulding<br>• 5 ATM water-resistant (up to 50m/164 ft) |
| Battery & power | • Up to 5 days of battery life<br>• Full Charge in 60 to 80 |
| Connectivity | • Bluetooth low-energy (BLE 5)<br>• Automatic Firmware update via the Luna Ring App<br>• Compatible with iOS 14 or later and Android 6 onwards |
| Sensors | • Green LEDs (optical heart rate sensor)<br>• Red Light (blood oxygen sensor)<br>• Photoplethysmography (PPG sensor)<br>• Skin Temperature Senor<br>• Photodiodes<br>• 3-axis accelerometer |

https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025)







https://www.lunazone.com/ (last visited November 10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025).





https://www.lunazone.com/ (last visited November 10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025).

131.    The foregoing features of the Accused Product and Nexxbase's description and/or demonstration thereof, including in user manuals and advertising, reflect Nexxbase's direct infringement by satisfying every element of at least claim 1 of the '889 Patent, under 35 U.S.C. § 271(a).

132.    Nexxbase has indirectly infringed at least claim 1 of the '889 Patent in this District and elsewhere in the United States by, among other things, actively inducing the use, offering for sale, selling, or importation of the Accused Product. Nexxbase's customers who purchase devices and components thereof and operate such devices and components in accordance with Nexxbase's instructions directly infringe one or more claims of the '889 Patent in violation of 35 U.S.C. § 271. Nexxbase instructs its customers through at least user guides or websites, such as those located at: https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025); https://www.lunazone.com/ (last visited November 10, 2025).

133.    For example, Nexxbase's website explains that the "Luna Ring is safe for continuous daily wear. It is crafted from medical-grade, hypoallergenic materials which are designed for 24/7 comfort, even during physical activity or sleep." https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025). Nexxbase informs its customers that "[w]e include an AI coach for personalized sleep, nutrition, and workout advice, plus our app supports 10 regional languages and AI support in 200 languages." *See id.* Further, Nexxbase states that the "Luna Ring tracks heart rate, temperature, and movement during sleep to calculate sleep stages such as light, deep, and REM sleep. The app

then provides a sleep score and insights, helping you understand your sleep patterns and improve your rest." *See id.* Nexxbase also highlights that the Luna Ring 2.0 can track "temperature fluctuations and HRV patterns" and "[w]hile it's not a medical-grade fertility tracker, it's effective for health awareness and cycle prediction." *See id.*

134.    Nexxbase is thereby liable for infringement of the '889 Patent pursuant to 35 U.S.C. § 271(b).

135.    Nexxbase has indirectly infringed at least claim 1 of the '889 Patent, by, among other things, contributing to the direct infringement of others, including customers of the Accused Product by making, offering to sell, or selling, in the United States, or importing a component of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use in infringement of the '889 Patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

136.    For example, the Accused Product includes hardware and software for implementing health tracking functionality in a smart ring wearable, including a curved battery, housings, sensors, LEDs, and a printed circuit board. These are components of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process. Furthermore, these components are a material part of the invention and upon information and belief are not a staple article or commodity of commerce suitable for substantial non-infringing use. Thus, Nexxbase is liable for infringement of the '889 Patent pursuant to 35 U.S.C. § 271(c).

137.    Nexxbase has been on notice of the '889 Patent since, at least, the filing of this Complaint. By the time of trial, Nexxbase will thus have known and intended that its continued

actions would directly infringe and/or actively induce or contribute to actual infringement of at least claim 1 of the '889 Patent.

138.    Nexxbase undertook and continued its infringing actions despite an objectively high likelihood that such activities infringed the '889 Patent, which has been duly issued by the USPTO, and is presumed valid. For example, since at least the filing of this Complaint, Nexxbase has been aware of an objectively high likelihood that its actions constituted and continue to constitute infringement of the '889 Patent, and that the '889 Patent is valid. On information and belief, Nexxbase could not reasonably, subjectively believe that its actions do not constitute infringement of the '889 Patent, nor could it reasonably, subjectively believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that its actions constitute infringement, Nexxbase continued its infringing activities. As such, Nexxbase has willfully infringed and continues to willfully infringe the '889 Patent.

139.    Oura has been and continues to be damaged by Nexxbase's infringement of the '889 Patent.

## COUNT 7 - INFRINGEMENT OF U.S. PATENT NO. 12,429,909

140.    Oura incorporates paragraphs 1-139 above by reference.

141.    U.S. Patent No. 12,429,909 (the "'909 Patent," attached hereto as Exhibit 7) duly issued on September 30, 2025, and is entitled *Wearable Computing Device*.

142.    Ouraring Inc. is the owner by assignment of the '909 Patent and possesses all rights under the '909 Patent, including the exclusive right to recover for past and future infringement.

143.    The '909 Patent is directed to a method of manufacturing a wearable ring device including, for example, a wearable ring device configured to be worn on a finger of a user.

144.    Specifically, the '909 Patent discloses a method of manufacturing a wearable ring device configured to be worn on a finger of a user comprising constructing an external housing

that has an exterior surface, an internal surface, a first flange and a second flange, wherein the internal surface, the first flange, and the second flange at least partially define an internal space of the external housing. *See* '909 Patent, Cl. 1. The claimed method includes steps of inserting a curved battery, a printed circuit board, and one or more components into a curved perimeter of the internal space of the external housing and applying an internal potting to at least partially fill the internal space of the external housing and at least partially cover the curved battery and the printed circuit board, wherein at least a portion of the internal potting forms an interior surface that is configured to contact the user's finger. *See id.* Further, the external housing and the internal plotting form a housing for the wearable ring device. *See id.* An exemplary configuration of a wearable ring device manufactured according to the claimed method is shown below in the excerpted Figures 12A, 12B, 12C, 13, 14A, 14D, and 14E of the '909 Patent.



FIG. **12A**

FIG. **12B**

FIG. **12C**



FIG.13



FIG.14A



FIG.14D



FIG.14E

145.     Nexxbase has directly infringed one or more claims of the '909 Patent in this District and elsewhere in Texas, including at least claim 1, literally and/or under the doctrine of equivalents, by or through making, using, importing, offering for sale and/or selling its smart ring technology, including at least Nexxbase products having materially similar configurations to a wearable ring device.

146.     For example, Nexxbase has literally and/or under the doctrine of equivalents directly infringed at least claim 1 of the '909 Patent in this District and elsewhere in Texas by or through making, using, importing, offering for sale and/or selling the Accused Product. *See* https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025). Oura reserves the right to discover and pursue any additional infringing devices that incorporate infringing functionalities. For the avoidance of doubt, the Accused Product is identified to describe Nexxbase's infringement and in no way limit the discovery and infringement allegations against Nexxbase concerning other devices that incorporate the same or reasonably similar functionalities.

147.    The Accused Product includes a wearable ring device. *See id*. The Accused Product, including the Luna Ring 2.0, possesses "an external housing," "an exterior surface," "an internal surface," "a first flange," "a second flange," "internal potting," "a curved battery," "a printed circuit board," and "one or more components." as claimed in the '909 Patent.

148.    Similarly, the following excerpts from Nexxbase's websites provide non-limiting examples of the Accused Product infringing at least claim 1 of the '909 Patent:





### Ring

| | |
|---|---|
| Weight & Dimensions | • W&DW: 8 MM<br>• Thickness: 2.9mm<br>• Weight: 3 to 5 G (depending on the ring size) |
| Material | • Durable Titanium<br>• PVD Coating<br>• Non-allergenic, non-metallic, seamless inner ring moulding<br>• 5 ATM water-resistant (up to 50m/164 ft) |
| Battery & power | • Up to 5 days of battery life<br>• Full Charge in 60 to 80 |
| Connectivity | • Bluetooth low-energy (BLE 5)<br>• Automatic Firmware update via the Luna Ring App<br>• Compatible with iOS 14 or later and Android 6 onwards |
| Sensors | • Green LEDs (optical heart rate sensor)<br>• Red Light (blood oxygen sensor)<br>• Photoplethysmography (PPG sensor)<br>• Skin Temperature Senor<br>• Photodiodes<br>• 3-axis accelerometer |

https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025); https://www.lunazone.com/ (last visited November 10, 2025).

149.    The foregoing features of the Accused Product and Nexxbase's description and/or demonstration thereof, including in user manuals and advertising, reflect Nexxbase's direct infringement by satisfying every element of at least claim 1 of the '909 Patent, under 35 U.S.C. § 271(a).

150.    Similarly, on information and belief, Nexxbase imports and/or sells within the United States after importation the Accused Product. For example, the product packaging for the

Accused Product indicates that the product's "COUNTRY OF ORIGIN" is "CHINA" and imported into the United States thereafter:



https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025).

https://www.lunazone.com/pages/terms-of-use (last visited November 10, 2025).

  151. Nexxbase is thereby liable for infringement of the '909 Patent pursuant to 35 U.S.C. § 271(g).

152.     Nexxbase has indirectly infringed at least claim 1 of the '909 Patent in this District and elsewhere in the United States by, among other things, actively inducing the use, offering for sale, selling, or importation of the Accused Product. On information and belief, Nexxbase purposefully causes its manufacturers through, for example, manufacturing agreements, to construct the Accused Product according to specifications provided by Nexxbase, which is covered by the patented method. Further, on information and belief, Nexxbase directs its sales channel to sell the Accused Product in the United States and facilitates the sales in the United States by offering customers technical support, user guides, and limited warranties, for example. *See* https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025); https://www.lunazone.com/ (last visited November 10, 2025). Such sales of the Accused Product in the United States directly infringe one or more claims of the '909 Patent in violation of 35 U.S.C. § 271.

153.     Nexxbase is thereby liable for infringement of the '909 Patent pursuant to 35 U.S.C. § 271(b).

154.     Nexxbase has been on notice of the '909 Patent since, at least, the filing of this Complaint. By the time of trial, Nexxbase will thus have known and intended that its continued actions would directly infringe and/or actively induce or contribute to actual infringement of at least claim 1 of the '909 Patent.

155.     Nexxbase undertook and continued its infringing actions despite an objectively high likelihood that such activities infringed the '909 Patent, which has been duly issued by the USPTO, and is presumed valid. For example, since at least the filing of this Complaint, Nexxbase has been aware of an objectively high likelihood that its actions constituted and continue to

constitute infringement of the '909 Patent, and that the '909 Patent is valid. On information and belief, Nexxbase could not reasonably, subjectively believe that its actions do not constitute infringement of the '909 Patent, nor could it reasonably, subjectively believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that its actions constitute infringement, Nexxbase continued its infringing activities. As such, Nexxbase has willfully infringed and continues to willfully infringe the '909 Patent.

156.    Oura has been and continues to be damaged by Nexxbase's infringement of the '909 Patent.

## COUNT 8 - INFRINGEMENT OF U.S. PATENT NO. 12,222,759

157.    Oura incorporates paragraphs 1-156 above by reference.

158.    U.S. Patent No. 12,222,759 (the "'759 Patent," attached hereto at Exhibit 8) duly issued on February 11, 2025, and is entitled *Wearable Computing Device*.

159.    Ouraring Inc. is the owner by assignment of the '759 Patent and possesses all rights under the '759 Patent, including the exclusive right to recover for past and future infringement.

160.    The '759 Patent is directed to a wearable ring device including, for example, a wearable ring device configured to be worn on a finger of a user. In particular, the apparatus disclosed in the '759 Patent ensure that a user can track their physical movement, skin temperature, heart rate, and blood oxygenation levels from sensing data obtained from the wearable ring device.

161.    Specifically, the '759 Patent discloses a wearable ring device including "a housing," "a curved battery," "a printed circuit board," and "a plurality of sensors," comprising "one or more light-emitting diode components," "one or more light-receiving components," and "a communication module" that all work in conjunction to provide a wearable smart ring device. *See* '759 Patent, Cl. 17. The housing has an interior and exterior surface and wherein at least a portion of the interior surface, the exterior surface, or both, is made of a metallic material. *See id.*

74

Further, at least a portion of the interior surface is configured to contact a tissue of a user. A curved battery and a printed circuit board are disposed within the housing. *See id.* A plurality of sensors, comprising one or more light-emitting components, one or more light-receiving components, and a communication module, are electrically coupled with the printed circuit board and the curved battery. *See id.* The plurality of sensors are configured to acquire data, such as physical activity, sleep, or health, from the user. *See id.* An exemplary configuration is shown below in the excerpted Figures 3B, 8, 12A, 12B, 12C, and 13 of the '759 Patent.



FIG. 3B



FIG.8



FIG. 12A

FIG. 12B

FIG. 12C



FIG.13

162.    Nexxbase has directly infringed one or more claims of the '759 Patent in this District and elsewhere in Texas, including at least claim 17, literally and/or under the doctrine of equivalents, by or through making, using, importing, offering for sale and/or selling its smart ring technology, including at least Nexxbase products having materially similar configurations to a wearable ring device.

163.    For example, Nexxbase has literally and/or under the doctrine of equivalents directly infringed at least claim 17 of the '759 Patent in this District and elsewhere in Texas by or through making, using, importing, offering for sale and/or selling the Accused Products. *See* https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025). Oura reserves the right to discover and pursue any additional infringing devices that incorporate infringing functionalities. For the avoidance of doubt, the Accused Product is identified to describe Nexxbase's infringement and in no way limit the discovery and infringement

77

allegations against Nexxbase concerning other devices that incorporate the same or reasonably similar functionalities.

164.    The Accused Product includes a wearable ring device. *See id*. The Accused Product, including the Luna Ring 2.0, possesses "a housing," "a curved battery," "a printed circuit board," and "a plurality of sensors," comprising "one or more light-emitting diode components," "one or more light-receiving components," and "a communication module," as claimed in the '759 Patent.

165.    Similarly, the following excerpts from Nexxbase's websites provide non-limiting examples of the Accused Product infringing at least claim 17 of the '759 Patent:





## Ring

| Weight & Dimensions | • W&DW: 8 MM<br>• Thickness: 2.9mm<br>• Weight: 3 to 5 G (depending on the ring size) |
| --- | --- |
| Material | • Durable Titanium<br>• PVD Coating<br>• Non-allergenic, non-metallic, seamless inner ring moulding<br>• 5 ATM water-resistant (up to 50m/164 ft) |
| Battery & power | • Up to 5 days of battery life<br>• Full Charge in 60 to 80 |
| Connectivity | • Bluetooth low-energy (BLE 5)<br>• Automatic Firmware update via the Luna Ring App<br>• Compatible with iOS 14 or later and Android 6 onwards |
| Sensors | • Green LEDs (optical heart rate sensor)<br>• Red Light (blood oxygen sensor)<br>• Photoplethysmography (PPG sensor)<br>• Skin Temperature Senor<br>• Photodiodes<br>• 3-axis accelerometer |

https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025)







https://www.lunazone.com/ (last visited November 10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025).

166.    The foregoing features of the Accused Product and Nexxbase's description and/or demonstration thereof, including in user manuals and advertising, reflect Nexxbase's direct infringement by satisfying every element of at least claim 17 of the '759 Patent, under 35 U.S.C. § 271(a).

167.    Nexxbase has indirectly infringed at least claim 17 of the '759 Patent in this District and elsewhere in the United States by, among other things, actively inducing the use, offering for sale, selling, or importation of the Accused Product. Nexxbase's customers who purchase devices and components thereof and operate such devices and components in accordance with Nexxbase's instructions directly infringe one or more claims of the '759 Patent in violation of 35 U.S.C. § 271. Nexxbase instructs its customers through at least user guides or websites, such as those located at:

https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025); *see also* https://www.lunazone.com/products/luna-smart-ring-gen-2 (last visited November 10, 2025); https://www.lunazone.com/ (last visited November 10, 2025).

168.    For example, Nexxbase's website explains that the "Luna Ring is safe for continuous daily wear. It is crafted from medical-grade, hypoallergenic materials which are designed for 24/7 comfort, even during physical activity or sleep." https://www.lunazone.com/products/luna-2-0-with-dock-charger (last visited November 10, 2025). Nexxbase informs its customers that "[w]e include an AI coach for personalized sleep, nutrition, and workout advice, plus our app supports 10 regional languages and AI support in 200 languages." *See id.* Further, Nexxbase states that the "Luna Ring tracks heart rate, temperature, and movement during sleep to calculate sleep stages such as light, deep, and REM sleep. The app then provides a sleep score and insights, helping you understand your sleep patterns and improve your rest." *See id.* Nexxbase also highlights that the Luna Ring 2.0 can track "temperature fluctuations and HRV patterns" and "[w]hile it's not a medical-grade fertility tracker, it's effective for health awareness and cycle prediction." *See id.*

169.    Nexxbase is thereby liable for infringement of the '759 Patent pursuant to 35 U.S.C. § 271(b).

170.    Nexxbase has indirectly infringed at least claim 17 of the '759 Patent, by, among other things, contributing to the direct infringement of others, including customers of the Accused Product by making, offering to sell, or selling, in the United States, or importing a component of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or

especially adapted for use in infringement of the '759 Patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

171.    For example, the Accused Product includes hardware and software for implementing health tracking functionality in a smart ring wearable, including a curved battery, housings, sensors, LEDs, and a printed circuit board. These are components of a patented machine, manufacture, or combination, or an apparatus for use in practicing a patented process. Furthermore, these components are a material part of the invention and upon information and belief are not a staple article or commodity of commerce suitable for substantial non-infringing use. Thus, Nexxbase is liable for infringement of the '759 Patent pursuant to 35 U.S.C. § 271(c).

172.    Nexxbase has been on notice of the '759 Patent since, at least, the filing of this Complaint. By the time of trial, Nexxbase will thus have known and intended that its continued actions would directly infringe and/or actively induce or contribute to actual infringement of at least claim 1 of the '759 Patent.

173.    Nexxbase undertook and continued its infringing actions despite an objectively high likelihood that such activities infringed the '759 Patent, which has been duly issued by the USPTO, and is presumed valid. For example, since at least the filing of this Complaint, Nexxbase has been aware of an objectively high likelihood that its actions constituted and continue to constitute infringement of the '759 Patent, and that the '759 Patent is valid. On information and belief, Nexxbase could not reasonably, subjectively believe that its actions do not constitute infringement of the '759 Patent, nor could it reasonably, subjectively believe that the patent is invalid. Despite that knowledge and subjective belief, and the objectively high likelihood that its actions constitute infringement, Nexxbase continued its infringing activities. As such, Nexxbase has willfully infringed and continues to willfully infringe the '759 Patent.

174.    Oura has been and continues to be damaged by Nexxbase's infringement of the '759 Patent.

## PRAYER FOR RELIEF

WHEREFORE, Oura prays for relief as follows:

A.    An adjudication that Nexxbase has infringed one or more claims of the '178, '244, '159, '227, '160, '889, '909, and '759 Patents, literally and/or under the doctrine of equivalents;

B.    An adjudication that Nexxbase has indirectly infringed one or more claims of the '178, '244, '159, '227, '160, '889, '909, and '759 Patents, literally and/or under the doctrine of equivalents;

C.    An award of damages to be paid by Nexxbase adequate to compensate Oura for Nexxbase's continuing or future infringement of the '178, '244, '159, '227, '160, '889, '909, and '759 Patents through the date such judgment is entered, including interest, costs, expenses, and an accounting of all infringing acts including, but not limited to, those acts not presented at trial;

D.    An award related to any other equitable relief which may be requested and to which Oura is entitled;

E.    A declaration that this case is exceptional under 35 U.S.C. § 285;

F.    An award of Oura's reasonable attorneys' fees;

G.    A declaration that Nexxbase's acts of infringement were willful;

H.    An award of enhanced damages against Nexxbase pursuant to 35 U.S.C. § 284; and

I.    An award to Oura of such further relief at law or in equity as the Court deems just and proper.

## JURY TRIAL DEMANDED

Oura hereby demands a trial by jury.

Dated: November 17, 2025          By:     */s/ Jasjit S. Vidwan*

Geoff Culbertson (Texas Bar No. 24045732)
Kelly Tidwell (Texas Bar No. 20020580)
**PATTON, TIDWELL, & CULBERTSON, LLP**
2800 Texas Blvd. (75503)
Post Office Box 5398
Texarkana, TX 75505-5398
(P) (903) 792-7080
(F) (903) 792-8233
gpc@texarkanalaw.com
kbt@texarkanalaw.com

Jasjit S. Vidwan (lead counsel)
James A. Fussell, III
Saqib J. Siddiqui
Bryan C. Nese
Michael L. Lindinger
Tiffany A. Miller
Alison T. Gelsleichter
Amanda E. Stephenson
Seth W. Bruneel
Courtney Krawice
Paul Choi
So Ra Ko
**MAYER BROWN LLP**
1999 K Street, N.W.
Washington, D.C. 20006
(202) 263-3000
jvidwan@mayerbrown.com
jfussell@mayerbrown.com
ssiddqui@mayerbrown.com
bnese@mayerbrown.com
mlindinger@mayerbrown.com
tmiller@mayerbrown.com
agelsleichter@mayerbrown.com
astephenson@mayerbrown.com
sbruneel@mayerbrown.com
ckrawice@mayerbrown.com
pchoi@mayerbrown.com
sko@mayerbrown.com

Robert G. Pluta
**MAYER BROWN LLP**

71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
rpluta@mayerbrown.com

*Counsel for Plaintiff Ouraring Inc.*